**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES                  :    No. 3:19CR00172(MPS)
                               :
v.                             :
                               :
JACQUELINE SAMPEL              :    May 19, 2021
                               :
-------------------------------x
```

## ORDER RE: PRETRIAL RELEASE ISSUES

Defendant has been ordered released, after a hearing before United States Magistrate Judge Donna F. Martinez.

It is hereby ORDERED that any and all pre-trial release issues that arise regarding this defendant, including motions to modify conditions, reports of violations, requests for revocation, and any other matters, shall be referred to Judge Martinez for resolution.

Counsel or a probation officer who files any request or motion related to pre-trial release shall ensure that a copy of the submission is provided to the Magistrate Judge by email to that Judge's Courtroom Deputy.

SO ORDERED at Hartford, Connecticut this 19th of May, 2021.

　　　　　　　　　　　　　　　　　　　　／s／_____
　　　　　　　　　　　　　　　　　　　　Hon. Michael P. Shea
　　　　　　　　　　　　　　　　　　　　United States District Judge